# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal No.  **3: 04-CV-11571-KPN**

Title: ING LIFE INSURANCE AND ANNUITY V. KUMBIRAI CHIWARA USHE, ET AL.,

## **NOTICE**

Please take notice that the above-entitled case previously assigned to Judge **George A. O'Toole, Jr.**   has been transferred to Judge **Kenneth P. Neiman**   for all further proceedings. From this date forward the number on all pleadings should be followed by the letter (s) **KPN**. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letter on the lower left hand corner of the envelope, as well on the correspondence or pleading being filed.

    Thank you for your cooperation in this matter.

                                    **Sarah A. Thornton, Clerk**

                                    **By**: /s/ *Maurice G. Lindsay*
                                    **Deputy Clerk**

**Date:** May 24, 2005

__X__        Please **NOTE** that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, **U.S. District Court,** Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____      Please **NOTE** that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, **U.S. District Court,** Donohue Federal Bldg, 595 Main Street, Worcester, MA 01608

Copies to: Counsel, Systems Administrator