UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ING LIFE INSURANCE AND ANNUITY COMPANY,<br>　　　　Plaintiff<br><br>　　v.<br><br>KUMBIRAI CHIWARA USHE, FIDES PERDITA USHE as Mother and Natural Guardian of KUMBIRAI CHIWARA USHE, ZVIDZAI G. USHE, DUMAZILE Z. USHE, NTOMBIZODWA KUMALO-USHE (Last Spouse of SAMSON CHIWARA USHE), indivudally and as Administratrix of the ESTATE OF SAMSON CHIWARA USHE,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  04-11571-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER
June 30, 2005

NEIMAN, U.S.M.J.

　　The following schedule was established at the initial scheduling conference this day:

　　1.　The parties may engage in any discovery they deem appropriate in order to help resolve this matter.

　　2.　Counsel shall appear for a case management conference on October 27, 2005, at 10:00 a.m. in Courtroom Three.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge