AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

## APPEARANCE

Case Number: 1:04-11571-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  ZVIDZAI G. USHE
DUMAZILE Z. USHE
NTOMBIZODWA A KLUMALO-USHE

__6/30/05__
Date

__Jane E Crosby__
Signature

__JANE E CROSBY__
Print Name

__20 Maple St__
Address

__Springfield       MA       01106__
City                 State            Zip Code

__413  746-9988__
Phone Number