UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ING LIFE INSURANCE AND ANNUITY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>KUMBIRAI CHIWARA USHE,<br><br>FIDES PERDITA USHE AS MOTHER AND NATURAL GUARDIAN OF KUMBIRAI CHIWARA USHE,<br><br>ZVIDZAI G. USHE,<br><br>DUMAZILE Z. USHE,<br><br>NTOMBIZODWA KUMALO-USHE (LAST SPOUSE OF SAMSON CHIWARA USHE), individually and as Administratrix of the ESTATE OF SAMSON CHIWARA USHE<br><br>Defendants. | CIVIL ACTION NO. 1:04-11571-GAO  KPN<br><br><br>OCTOBER 3, 2005 |

**NOTICE OF WITHDRAWAL**

ING Life Insurance and Annuity Company hereby respectfully submits that Attorney Gabriel D. M. Ciociola is withdrawing from its representation, effective September 30, 2005.

Respectfully submitted,

ING Life Insurance and Annuity Company
By Its Attorneys

_/s/ Meliceht B. Thompson_
Meliceht B. Thompson (ct19868), *pro hac vice*
LITCHFIELD CAVO, LLP
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
thompson@litchfieldcavo.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Withdrawal of Appearance was mailed, postage prepaid, this 3rd day of October, 2005, to all pro se parties and to the following counsel of record:

***Counsel to Ntombizodwa-Ushe
Individually and as Administratrix
of the Estate of Samson Chiwara Ushe
and Dumazile Z. Ushe and to Zvidzai Ushe***

Jane E. Crosby, Esq.
20 Maple St.
Springfield, MA  01103

***Counsel to Kumbirai Chiwara Ushe
and Fides Ushe***

Joseph M. Lavinsky, Esq.
935 Main Street, Suite 203
Springfield, MA  01103

　　　　　　　　　　　　　　　　　　　　　/s/ Melicent B. Thompson
　　　　　　　　　　　　　　　　　　　　　Melicent B. Thompson, Esq.