# LITCHFIELD CAVO LLP

Attorneys at Law

WRITER'S ADDRESS:
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5593
(860) 255-5566 Fax
email: courchaine@litchfieldcavo.com

December 8, 2005

United States District Court
District of Massachusetts
1550 Main Street
Springfield, MA 01103

ATTN: Bethany Healey – Clerk

Re:   **ING Life Insurance and Annuity v. Kumbirai Ushe, et al**
      **Civil Action #: 1:04-11571-KPN**

Dear Ms. Healey:

The above-references matter has been re-scheduled for a Status Conference on December 14, 2005. At this time I write to request that Attorney Melicent Thompson, counsel for the plaintiff, be excused with the understanding that she will be available by phone at the time of this Status Conference, as previously granted by the Court, in order to save as much of the beneficiaries money as possible with regard to this matter. All counsel have agreed to this request. Please advise immediately if this is also acceptable to the Court.

Thank you for your understanding in this matter.

Very truly yours,

Michelle A. Courchaine
Paralegal for
Melicent B. Thompson

MAC/