UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ING LIFE INSURANCE AND ANNUITY COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>KUMBIRAI CHIWARA USHE,<br><br>FIDES PERDITA USHE AS MOTHER AND NATURAL GUARDIAN OF KUMBIRAI CHIWARA USHE,<br><br>ZVIDZAI G. USHE,<br><br>DUMAZILE Z. USHE,<br><br>NTOMBIZODWA KUMALO-USHE (LAST SPOUSE OF SAMSON CHIWARA USHE), individually and as Administratrix of the ESTATE OF SAMSON CHIWARA USHE<br><br>    Defendants. | CIVIL ACTION NO. 1:04-11571-~~GAO~~ *KPN* |

**ORDER**

Having heard the January 18, 2006 Motion For Order to Disburse Registry Funds of Plaintiff, ING Life Insurance and Annuity Company ("ING") it is hereby **ORDERED**:

The Clerk of the Court shall disburse from the court's registry funds related to the above-captioned matter within five (5) days of the date of this Order $16,275.34, representing ING's fair and reasonable attorneys' fees and costs related to prosecuting this interpleader action.

1

The check disbursing said funds shall be made payable to:

    ING Life Insurance and Annuity Company, Tax ID # 71-029478
    C/O Karen Cooper, Esq.
    ING US Legal Services
    5780 Powers Ferry Road, NW
    Atlanta, GA  30327-4390

It is so ORDERED and ADJUDGED this 7 day of February, 2006.

                                        /s/ Kenneth P. Neiman
                                        Magistrate Judge Kenneth P. Neiman
                                        U.S. District Court Magistrate Judge
                                          for the District of Massachusetts