UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ING LIFE INSURANCE AND ANNUITY COMPANY,<br><br>     Plaintiff<br><br>v.<br><br>KUMBIRAI CHIWARA USHE,<br><br>FIDES PERDITA USHE AS MOTHER AND NATURAL GUARDIAN OF KUMBIRAI CHIWARA USHE,<br><br>ZVIDZAI G. USHE,<br><br>DUMAZILE Z. USHE,<br><br>NTOMBIZODWA KUMALO-USHE (LAST SPOUSE OF SAMSON CHIWARA USHE), individually and as Administratrix of the ESTATE OF SAMSON CHIWARA USHE,<br><br>     Defendant | CIVIL ACTION NO. 04 CV 11571 KPN |

**ORDER**

Having heard the Motion For Order to Disburse Registry Funds, it is hereby **ORDERED**:

The Clerk of the Court shall disburse from the court's registry funds related to the above-captioned matter within five (5) days of the date of this Order, a sum representing one-third of the amount in said fund after payment to ING Life Insurance and Annuity Company for their fair and reasonable attorney's fees and costs related to prosecuting this interpleader action.

The check disbursing said funds shall be made payable to Fides Perdita Ushe, as Guardian of Kumbirai Chiwara Ushe, and sent or released to her attorney, Joseph M. Lavinski, 935 Main Street, Suite 203, Springfield, MA 01103.

It is so ORDERED and ADJUDGED this 7 day of February, 2006.

                _____
                Magistrate Judge Kenneth P. Neiman
                U.S. District Court Magistrate Judge
                for the District of Massachusetts