UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ING LIFE INSURANCE AND
ANNUITY COMPANY,
        Plaintiff

V.                              CIVIL ACTION NO.  04-11571-KPN

KUMBIRAI CHIWARA USHE, ET AL,
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

NEIMAN, U.S.M.J.:.

    The Court having been advised on February 8, , 2006   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                                          By the Court,

February 8,  2006                      /s/ Mary   Finn
Date                                       Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                              [stlmtodism.]