UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ING LIFE INSURANCE AND ANNUITY COMPANY, | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | |
| KUMBIRAI CHIWARA USHE, | ) ) ) | CIVIL ACTION NO.  04 CV 11571 GAO |
| FIDES PERDITA USHE AS MOTHER AND NATURAL GUARDIAN OF KUMBIRAI CHIWARA USHE, | ) ) ) ) | |
| ZVIDZAI G. USHE, | ) ) | |
| DUMAZILE Z. USHE, | ) ) | |
| NTOMBIZODWA KUMALO-USHE (LAST SPOUSE OF SAMSON CHIWARA USHE), individually and as Administratrix of the ESTATE OF SAMSON CHIWARA USHE, | ) ) ) ) ) ) | |
| Defendant | ) | |

## ORDER

Having heard the Motion For Order to Disburse Registry Funds, it is hereby **ORDERED**:

The Clerk of the Court shall disburse from the court's registry funds related to the above-captioned matter within five (5) days of the date of this Order, a sum representing the balance of the funds in said account.

The check disbursing said funds shall be made payable to Fides Perdita Ushe as Guardian of Kumbirai Chiwara Ushe, a minor, and sent or released to her attorney, Joseph M. Lavinski, 935 Main Street, Suite 203, Springfield, MA 01103.

It is so ORDERED and ADJUDGED this 2Y day of _April_, 2006.

_____
Magistrate Judge Kenneth P. Neiman
U.S. District Court Magistrate Judge
for the District of Massachusetts